**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐   3rd        Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Chyrill Montague-Alaway  JOINT DEBTOR:____  CASE NO.: 16-13882-BKC-RBR
Last Four Digits of SS# 9378        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $  1,095.77  for months   1   to   12  ;
  B.    $  2,850.00  for months   13  to   13  ;
  C.    $    539.29  for months   14  to   60  ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3,500 + 150 Costs + $775 MTV +525 (Mot to Mod) Total : $7,550.00
                 MMM Fee: $2,600 (2,500 Fees and $100 costs)     TOTAL PAID $640.00
                 Balance Due $ 6,910.00 payable $   223.48 /month (Months   1  to   12  )
                                              $ 2,144.98 /month (Months  13  to   13  )
                                              $    44.33 /month (Months  14  to   60  )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.   Nationstar Mortgage
Address: POB 199111                    MMM Payment $   724.83 /month( Months   1  to   12  )
 Dallas, TX 75235                       Debtor will treat the debtor outside the Chapter 13 Plan after
Account No:  6573                       month 12 of the plan.

2.   Silver Shores Master Association   Regular Payment $ 105.03 /month( Months   1  to   12  )
Address: 1900 N. Commerce Center        Regular Payment $ 142.50 /month( Months  13  to   60  )
Weston, FL 33326
Account No:  0772

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Silver Shores Master Association 1900 N Commerce Center Weston, FL 33326 Acct#0772 | 16201 SW 23 ST Miramar, FL 33027 $299,790.00 | 0% | $0.00 | 1 to 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service         Total Due $ 2,224.59
Payable                              $ 46.35 /month (Months  13  to   60  )

Unsecured Creditors:  Pay $ 257.08 /month (Months  13  to   60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor will treat Nationstar Mortgage (Homestead Account#6573) outside the Chapter 13 Plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

          /S/
Debtor
Date: 03/16/2017
LF-31 (rev. 01/08/10)